UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                             Case Number: 3:23–cr–00023

Michael Chase Watson

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew M Edison

**PLACE:**
7th Floor Courtroom
United States Post Office and Courthouse
601 Rosenberg
Galveston, Texas 77550

**DATE:** 12/28/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Appearance/Revocation Petition for Action on Pretrial Release (PRIVATE ENTRY) – #23

Date:   December 27, 2023

Nathan Ochsner, Clerk